UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-81024-CIV-DAMIAN

CASE NO. 23-24203-CIV-DAMIAN
CASE NO. 23-24204-CIV-DAMIAN

**MALCOM FULLER**, *et al.*,

      Plaintiff/Consolidated Plaintiffs,

v.

**SUNBEAM PRODUCTS, INC.**, *et al.*,

      Defendants.

Applies To:
*Boladeres v. Sunbeam Products, Inc. et al.*
*Hall v. Sunbeam Products, Inc.*, *et al.*
_____/

### ORDER CONSOLIDATING TRIAL AND TRIFURCATING AS TO LIABILITY, COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES

**THIS CAUSE** is before the Court *sua sponte*. The above-captioned cases are all related actions against the same Defendants. Upon review of the full record and pursuant to this Court's March 16, 2026 Order on Joint Status Report Consolidating Certain Cases for Trial and Setting Trial Schedule [ECF No. 31], this Court finds that consolidation of the liability phase of trial for these cases is appropriate and warranted based on the circumstances arising in these particular three cases. If the jury finds in favor of the Plaintiffs as to liability, the trial will begin a second phase of trial, to determine the amount of compensatory damages, if any, and the same jury that ruled on liability will hear evidence as to each Plaintiff's damages in the following order: Malcom Fuller, Ashley Boladeres, and Lacey Hall. If the jury awards compensatory damages to any Plaintiff, the same jury that participated in the first two phases will consider entitlement to and the amount of punitive damages, if any.

Accordingly, it is hereby

**ORDERED** that the above-styled actions are consolidated as follows: Case numbers 23-81024-CIV; 23-24203-CIV; and 23-24204-CIV are **CONSOLIDATED** for trial purposes. All future filings in these related actions shall be made under **Case No. 23-81024-DAMIAN** only. It is further

**ORDERED** that this consolidated matter is **SET** for **Jury Trial** during the Court's two-week trial calendar beginning **May 18, 2026**. Counsel for all parties shall also appear at a **Calendar Call** at **1:30 p.m.** on **May 13, 2026**. The Trial and Calendar Call will be held at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301.[1]

The parties shall adhere to the following modified schedule:

**April 17, 2026.** Motions *in limine* must be filed.

**April 24, 2026.** Parties to submit joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, proposed jury instructions, and verdict form or proposed findings of fact and conclusions of law.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 17th day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

---

[1] If the Parties prefer, they may file a joint motion requesting that the trial and all other proceedings be held in Miami, Florida. Absent agreement of all parties, the proceedings will remain in Fort Lauderdale.